## JORDAN V. THE STATE.

*Crime.*

(Decided Feb. 7, 1907.)

APPEAL from Jefferson Criminal Court.
Heard before Hon. D. A. GREENE.
No counsel marked for appellant.
MASSEY WILSON, Attorney General, for the State.
Affirmed.
Opinion by DOWDELL, J.
TYSON, C. J., ANDERSON, and McCLELLAN, JJ., concur.

## KEILY V. SMITH.

*Equity.*

(Decided Dec. 20, 1906.)

APPEAL from Jefferson Chancery Court.
Heard before Hon. A. H. BENNERS.
J. F. GILLESPY, for appellant.
SAMUEL WILDER and PEYTON H. MOORE, for appellee.
Dismissed on motion of appellee.
Per curiam.

## KYLE, ET AL. V. SLAUGHTER.

*Ejectment.*

(Decided Nov. 20, 1906.)

APPEAL from Lee Circuit Court.
Heard before Hon. A. A. EVANS.
GEORGE P. HARRISON, for appellant.
BARNES & DUKE, for appellee.
Per curiam.—Errors confessed and the cause reversed and remanded.